O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED J. JIMINEZ, | ) | Case No. EDCV 11-01981 DDP (DTBx) |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | ) | |
| SAXON MORTGAGE SERVICES, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al. | ) | |
| Defendants. | ) | [Dkt. No. 6] |

Presently before the court is the Motion to Dismiss Case filed by Defendants Federal National Mortgage Association and Saxon Mortgage Services, Inc. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

     The hearing on Defendants' motion was set for February 13, 2012.  Plaintiff's opposition was therefore due by January 23, 2012.  As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: February 9, 2012

DEAN D. PREGERSON
United States District Judge

2